UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON CAMACHO AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>– against –<br><br>UNIVERSITY OF HARTFORD,<br><br>Defendant. | ECF Case<br><br>1:18-cv-10763 (VSB) (SDA)<br><br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Jason Camacho ("Plaintiff") hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant University of Hartford ("Defendant"). Defendant has not served an answer or a motion for summary judgment.

Dated: New York, New York
      May 10, 2019

                                                GOTTLIEB & ASSOCIATES

                                                /s/ Jeffrey M. Gottlieb
                                                Jeffrey M. Gottlieb, Esq.
                                                150 East 18th Street, Suite PHR
                                                New York, NY 10003
                                                Email: nyjg@aol.com
                                                Phone: (212) 228-9795
                                                Fax: (212) 982-6284
                                                *Attorneys for Plaintiff*